FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOROTHY GOSS, by MARTIN GOSS, her Attorney-in-Fact, individually and as policyholder,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance company,<br><br>Defendant. | No. 2:25-CV-00295-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND AND CLOSING FILE<br><br>ECF No. 10 |

Before the Court is the parties' Stipulated Motion to Remand Case to Spokane Superior Court, ECF No. 10.  The parties stipulate to and request that this matter be remanded to Spokane County Superior Court, indicating that they have determined that the amount in controversy does not meet the requirements for subject matter jurisdiction under 28 U.S.C. § 1332.

Accordingly, **IT IS HEREBY ORDERED** :

ORDER - 1

1. The parties' Stipulated Motion to Remand Case to Spokane Superior Court, **ECF No. 10**, is **GRANTED**.

2. This case is **REMANDED** to Spokane County Superior Court for all further proceedings.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to the parties, **mail a certified copy to the Clerk of the Spokane County Superior Court, and CLOSE THE FILE**.

DATED September 4, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2